AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**Dell Optiplex 320 computer, Bar Code 41YPBC1, property ID number 00531, formerly located at Station 41, C. Burr Artz Library 110 East Patrick Street, Frederick, Maryland 21701 Currently located at 9325 Discovery Blvd, Manassas, VA**

**SEARCH WARRANT**

CASE NUMBER 08-497-M 01

TO: __Marlo Arredondo__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Marlo Arredondo__ who has reason to believe that
(name, description and or location)

**Dell Optiplex 320 computer, Bar Code 41YPBC1, property ID number 00531, formerly located at Station 41, C. Burr Artz Library, 110 East Patrick Street, Frederick, Maryland, 21701, currently located at 9325 Discovery Blvd, Manassas, VA**

in the Northern District of Virginia, there is now concealed a certain person or property, namely (describe the person or property)

**electronic communications, electronic documents, internet activity, and stored writings identifying a plan to kill witnesses or names of intended victims, suicide letters, or any other relevant electronic data.**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___August 17, 2008___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

AUG 07 2008

at Washington, D.C.

Date and Time Issued, pursuant to the domestic terrorism search warrant provisions of Rule 41(b)(3)

LAMBERTH, C.J. RCL                    Roy C. Lamberth
Name and Title of Judicial Officer      Signature of Judicial Officer

LAMBERTH, C.J. RCL

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>8/7/08 | DATE AND TIME WARRANT EXECUTED<br>8/11/08  10:50 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>DARRELL BATSON |
| INVENTORY MADE IN THE PRESENCE OF  SA JAMES A. GRIFFIN, JR. | | |

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

(1) DELL OPTIPLEX 320 COMPUTER TOWER
BAR CODE 41YPBC1, PROPERTY ID# 00531

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

**FILED**

AUG 1 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_Royce C. Lamberth_
U.S. Judge or U.S. Magistrate Judge

8/12/08
Date